AO 442 (Rev. 12/85) Warrant for Arrest  AUSA POWELL/ USSD- AGENT ESPINOZA /

# United States District Court

____SOUTHERN____ DISTRICT OF ____FLORIDA____

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

BRIDGETTE JONES, a/k/a "Ronnele Mcleod"

CASE NUMBER: **00-6357**

TO: **The United States Marshal
and any Authorized United States Officer**

CR-ZLOCH  MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest __BRIDGETTE JONES, a/k/a "Ronnele Mcleod"__

Name

DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**and bring him or her forthwith to the nearest magistrate to answer a(n)**

|X| Indictment | | |Information | |Complaint | |Order of court | |Violation Notice | |Probation Violation Petition

**charging him or her with** (brief description of offense) knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; false claim of U.S. Citizenship; and false oath,

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

__Dinny Butler__
Signature of Issuing Officer

__DECEMBER 14, 2000. FORT LAUDERDALE, FLORIDA__
Date and Location

Bail fixed at $ __Pretrial Detention requested__

by __Lurana S. Snow__
__UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev 12/85) Warrant for Arrest