```
                                        FILED by _____ D.C.

                                          JAN 23 2001

                                         CLARENCE MADDOX
           UNITED STATES DISTRICT COURT   CLERK U.S. DIST. CT.
           SOUTHERN DISTRICT OF FLORIDA   S.D. OF FLA. FT. LAUD.
           CASE NO: 00-6357-CR-ZLOCH
```

UNITED STATES OF AMERICA

V.                                           MINUTE ORDER

BRIDGETTE JONES

_____

On December 14, 2000 an indictment was filed against the above defendant.

The defendant not having been arrested and 30 days having passed, this defendant is hereby transferred to fugitive status.

Dated this 23rd day of January, 2001 at Fort Lauderdale, Florida.

                            AT THE DIRECTION OF THE
                            HONORABLE WILLIAM J. ZLOCH

                            CLARENCE MADDOX
                            CLERK

BY: _____
      CARLINE T. NEWBY
      DEPUTY CLERK

CC: U. S. Attorney