UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6357-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
BRIDGETTE JONES )
_____ )



### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the Southern District of Florida hereby dismisses the indictment against defendant **BRIDGETTE JONES**.

　　　　　　　　　　　　　　　　　MARCOS DANIEL JIMENEZ
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing dismissal.

Date: 4/1/03

　　　　　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

cc: AUSA ROGER W. POWELL
　　CLERK OF THE COURT
　　US MARSHALS SERVICE (WARRANT SQUAD)