# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__ 529403

UNITED STATES OF AMERICA

V.

BRIDGETTE JONES, a/k/a "Ronnele Mcleod"

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER: **00-6357 CR-ZLOCH** MAGISTRATE JUDGE SELTZER

YOU ARE HEREBY COMMANDED to arrest __BRIDGETTE JONES, a/k/a "Ronnele Mcleod"__

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense) **knowingly and willfully, making a false statement in an application for a passport with the intent to induce and secure the issuance of a passport; false claim of U.S. Citizenship; and false oath,**

in violation of Title __18__ United States Code, Section(s) __1542, 911 & 1621__

Clarence Maddox
Name of Issuing Officer

_Denny Butler_
Signature of Issuing Officer

Bail fixed at $ _Pre-Trial Detention requested_

Court Administrator/Clerk of the Court
Title of Issuing Officer

__DECEMBER 14, 2000  FORT LAUDERDALE, FLORIDA__
Date and Location

_Lurana S. Snow_
LURANA S. SNOW
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |
| Returned unexecuted per Order for Dismissal dated 4/1/03 |

| DATE RECEIVED 12/1400 | NAME AND TITLE OF ARRESTING OFFICER Christina Pharo, US Marshal S/D FL | SIGNATURE OF ARRESTING OFFICER John Walker, ASDUSM |
|---|---|---|
| DATE OF ARREST | | |


5